

101 Greenwich Street, 22 Fl.
New York, NY 10006
t. 212.766.1888
f. 212.766.3252
www.mdafny.com

Marissa Padovano
Attorney
mpadovano@mdafny.com
M. 347.539.9215

January 8, 2026

**In light of the pending criminal case against Plaintiffs, the Parties' request for a stay of the instant action is GRANTED. The instant action is stayed for 120 days without prejudice to seeking a further stay. The Parties are directed to provide the Court with an update on the status of Plaintiffs' pending criminal case every 120 days.**

**Dated: January 9, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Hon. Nelson S. Roman
U.S. District Court Judge, S.D.N.Y.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

RE: Case 7:25-cv-09257
***ZACHMAN v. TOWN OF CARMEL, ET. AL.***

MEMO ENDORSED

Dear Hon. Roman,

This office represents defendants the Town of Carmel and Town of Carmel Police Officer David Garcia, Badge Number 57 in the above-mentioned matter.

Pursuant to your order entered on or about December 5, 2025, the parties have agreed upon and have submitted a Proposed Case Management Plan and Scheduling Order. However, with the consent of plaintiff's counsel, we are writing to request a stay in this litigation due to criminal charges pending against both plaintiffs.

Michael and Thomas Zachman were both arrested on the date of the subject incident. Criminal charges have been brought against them in the Town of Carmel Justice Court. These charges are directly related to the allegations in the case at bar. These cases are still pending. Upon information and belief there is a felony hearing scheduled for February 10, 2026.

The pending criminal matters have a great impact on discovery in the case at bar. The outcome of those cases will impact the defendants' defenses as to the 4th and 14th Amendment and Malicious Prosecution claims. Moreover, while these cases are pending plaintiffs will be limited to what they are able to testify to and discovery they are able to provide due to their 5th Amendment right to remain silent.

As such, we respectfully request a stay in this litigation until the plaintiffs' criminal matters are resolved.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____



We thank you for your time and consideration.

Very truly yours,
*Marissa Padovano*
MARISSA PADOVANO